DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
22 JANUARY 2015

| 323P10-6 | State v. Lacy Lee Williams, Jr. | Def's *Pro Se* Motion for Reconsideration to the Full Supreme Court for Def's PDR | Dismissed |
| --- | --- | --- | --- |
| 341P14 | State v. Robert McPhail | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1182) | Denied<br><br>**Ervin, J., recused** |
| 360P14 | In the Matter of:<br><br>James Spencer | Respondent's PDR (COA14-143) | Denied<br><br>**Ervin, J., recused** |
| 367P14 | Rose Glynne, M.D. v. Wilson Medical Center, a North Carolina Corporation | 1. Plt's Notice of Appeal Based on a Constitutional Question (COA14-53)<br><br>2. Plt's PDR Under G.S. 7A-31<br><br>3. Def's Motion to Dismiss Appeal<br><br>4. Consent Motion for Dismissal of Notice of Appeal and Incorporated PDR | 1. —<br><br>2. —<br><br>3. Dismissed as moot<br><br>4. Allowed<br><br>**Ervin, J., recused** |
| 388P14 | In Re: Foreclosure of Real Property Under Deed of Trust from Gregory Thomas Aldridge, in the original amount of $129,50.00, dated April 2, 2007 and recorded in Book 4515, Page 789, Union County Registry | 1. Respondent's PDR Under N.C.G.S. § 7A-31 (COA14-275)<br><br>2. Motion by Benjamin A. Lipman for Admission *Pro Hac Vice* | 1. Denied<br><br>2. Allowed |
| 389P14 | State v. Marcus McLaughlin | Def's *Pro Se* Motion for PDR | Dismissed |
| 400P14-2 | State v. Dennis Moore | Def's *Pro Se* Motion for Petition for Reconsideration and/or Petition for Rehearing | Dismissed |
| 401P10-2 | State v. Tyrone Raynard Gladden | Def's *Pro Se* Motion for PDR (COAP14-976) | Dismissed |